

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00066-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, Diana Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Joel B. Johnson, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. We order that no costs of appeal be assessed against appellant because he qualifies
as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 16, 2025.

_____
Lori I. Valenzuela, Justice

---

[1] During the trial of this case and at the time the judgment was rendered, the Honorable Joel B. Johnson was sitting as judge of the 341st Judicial District Court of Webb County, Texas by assignment.